IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KAREN THOMPSON,                )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )      2:18cv97-MHT
                               )          (WO)
TARGET CORPORATION d/b/a       )
Target Stores, Inc.,           )
                               )
     Defendant.                )
```

OPINION AND ORDER

Plaintiff filed this personal-injury lawsuit in state court. After defendant removed the case to federal court, claiming that the court has diversity jurisdiction, plaintiff moved to remand. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the case be remanded to state court for lack of subject-matter jurisdiction. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

***

Accordingly, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The magistrate judge's recommendation (doc. no. 12) is adopted.

(2) Plaintiff's motions to remand (doc. nos. 6 & 13) are granted.

(3) Pursuant to 28 U.S.C. § 1447(c), this cause is remanded to the Circuit Court of Montgomery County, Alabama.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

This case is closed in this court.

DONE, this the 11th day of April, 2018.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE